IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHARLES HESS; MARTY HIGGINS; ROBERT "GLEN" MCCORMICK; RONALD PAPA, FRANK SHERA and AL TORNQUIST, | Case No. 3:16-cv-00208-JD-MGG |
| Plaintiffs, | |
| v. | |
| BIOMET, INC. and ZIMMER BIOMET HOLDINGS, INC., | |
| Defendants. | |

### DEFENDANTS' COUNTER-DESIGNATIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS

Defendants, Biomet, Inc. and Zimmer Biomet Holdings, Inc., ("Biomet"), by counsel, hereby submits their counter-designations to Plaintiffs' deposition designations, attached as Exhibit A, filed contemporaneously with this document.

Respectfully submitted,

**QUARLES & BRADY LLP**

By: */s/ Elizabeth A. Trachtman*
Joshua B. Fleming, #25954-29
Elizabeth A. Trachtman, #29518-49
Daniel M. Janssen, *PHV* WI #1022112
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

| | |
|---|---|
| Joseph R. Fullenkamp | Gary Cruciani *admitted PHV* |
| Alice J. Springer | Jonathan N. Powers *admitted PHV* |
| BARNES & THORNBURG LLP | Travis E. DeArman *admitted PHV* |
| joseph.fullenkamp@btlaw.com | McKool Smith PC |
| alice.springer@btlaw.com | gcruciani@mckoolsmith.com |
| | jpowers@mckoolsmith.com |
| | tdearman@mckoolsmith.com |
| | Hess_Biomet@mckoolsmith.com |

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth A. Trachtman*

QUARLES & BRADY LLP
135 North Pennsylvania Street
2400 BMO Building
Indianapolis, IN 46204
Phone: 317-957-5000
Fax:    317-957-5010
josh.fleming@quarles.com
daniel.janssen@quarles.com
elizabeth.trachtman@quarles.com

QB\990327.00256\58593765.2