# Exhibit A

**Plaintiffs' Preliminary Affirmative Deposition Testimony Designations**

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| **Gary England (1/16/18)** | 8:11-9:19 | | | |
| | 10:01-24 | | | |
| | 11:04-14:10 | | | |
| | 13:11-25 | | | |
| | 16:24-17:09 | | | |
| | 18:09-19:10 | | | |
| | 24:24-26:22 | | | |
| | 33:05-24 | | | |
| | 40:05-42:08 | | | |
| | 42:08-46:6 | | | |
| | 61:09-19 | | | |
| | 62:01-70:24 | | | |
| | 71:15-72:12 | | | |
| | 87:19-88:9 | | | |
| | 89:17-92:15 | | | |
| | 96:08-23 | | | |
| | 100:17-102:25 | | | |
| | 115:18-118:16 | | | |
| | 119:24-122:25 | | | |
| | 123:18-124:25 | | | |
| | 125:22-126:24 | | | |
| | 127:9-128:19 | | | |
| | 136:12-142:17 | | 157:4-25; 158; 159; 160:1-11 | |
| | 148:19-152:10 | | 160:13-15; 161; 162; 163:24 | |
| | 154:11-156:20 | | | |
| | 168:02-175:08 | | | |
| | 176:07-177:20 | | | |
| | 178:23-180:17 | | | |
| | | | | |
| **Audrey Frush (12/20/17)** | 5:8-13 | | | |

1

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 6:23-8:7 | | | |
| | 9:2-9 | | | |
| | 9:16-25 | | | |
| | 10:07-13 | | | |
| | 13:25-16:3 | | | |
| | 17:18-22 | | | |
| | 38:9-39:04 | | | |
| | 41:07-42:14 | | 42:15-25 | |
| | 49:21-56:5 | | | |
| | 57:22-58:12 | | | |
| | 61:05-19 | | | |
| | 62:16-64:25 | | | |
| | 64:11-69:12 | | | |
| | 69:19-70:23 | | | |
| | 79:19-82:14 | | | |
| | 84:03-87:18 | | 87:19-25; 88:1-18 | |
| | 95:15-98:03 | | | |
| | 100:15-104:11 | | | |
| | 106:16-107:24 | | | |
| | 126:07-127:19 | | 127:20-25; 128; 129; 130:1-11 | |
| | 134:06-135:17 | | | |
| | 136:14-138:10 | | | |
| | 145:01-22 | | | |
| | 160:08-164:14 | | 165:4-17 | |
| | 166:8-167:14 | | | |
| | | | | |
| Daniel Hann (5/2/18) | 11:19-11:23 | | | |
| | 22:22-22:25 | | | |
| | 24:5-24:14 | | | |
| | 24:19-25:5 | | | |

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
|  | 25:17-26:14 |  |  |  |
|  | 27:15-28:3 |  |  |  |
|  | 38:14-39:9 |  |  |  |
|  | 55:12-55:14 |  |  |  |
|  | 55:19-55:20 |  |  |  |
|  | 56:4-56:6 |  |  |  |
|  | 65:8-66:4 |  |  |  |
|  | 66:20-67:7 |  |  |  |
|  | 67:21-68:10 |  |  |  |
|  | 74:15-75:8 |  | 75:9-25; 76:1-20 |  |
|  | 77:18-77:21 |  |  |  |
|  | 78:16-78:17 |  |  |  |
|  | 78:20-79:12 |  |  |  |
|  | 84:15-84:17 |  |  |  |
|  | 85:19-85:21 |  |  |  |
|  | 85:25-86:3 |  |  |  |
|  | 86:6-86:6 |  |  |  |
|  | 91:3-91:14 |  |  |  |
|  | 101:18-102:4 |  |  |  |
|  | 102:12-103:15 |  |  |  |
|  | 104:3-104:17 |  |  |  |
|  | 105:13-105:16 |  |  |  |
|  | 106:10-107:14 |  |  |  |
|  | 108:5-108:6 |  |  |  |
|  | 108:9-108:11 |  |  |  |
|  | 108:24-109:1 |  |  |  |
|  | 109:5-109:5 |  |  |  |
|  | 111:13-111:18 |  |  |  |
|  | 116:24-118:11 |  |  |  |
|  | 120:3-120:9 |  |  |  |

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 120:12-120:15 | | | |
| | 120:17-120:23 | | | |
| | 120:125-119-5 | | | |
| | 130:17-131:19 | | | |
| | 131:21-132:7 | | | |
| | 132:10-132:14 | | | |
| | 132:16-133:7 | | | |
| | 142:14-142:16 | | | |
| | 143:13-143:15 | | | |
| | 149:3-149:7 | | | |
| | 151:14-151:20 | | | |
| | 153:20-154:24 | | | |
| | 156:4-163:13 | | | |
| | 163:16-163:16 | | | |
| | 163:18-163:19 | | | |
| | 164:17-164:24 | | | |
| | 165:11-166:5 | | | |
| | 167:2-167:6 | | | |
| | 167:02-168:3 | | | |
| | 168:15-168:18 | | | |
| | 176:3-176:5 | | | |
| | 178:25-179:12 | | 179:13-25; 180:1-9 | |
| | 184:13-184:24 | | | |
| | 198:24-199:22 | | | |
| | 200:8-200:8 | | | |
| | 200:10-200:10 | | | |
| | 200:12-200:17 | | | |
| | 200:19-200:19 | | | |
| | 201:11-201:14 | | | |
| | 201:24-202:19 | | | |

4

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 206:11-206:13 | | | |
| | 206:16-206:16 | | | |
| | 206:18-206:19 | | | |
| | 206:21-206:25 | | | |
| | 208:14-209:3 | | | |
| | 209:7-209:17 | | | |
| | 221:23-222:9 | | 222:14-25; 223:1-14 | |
| | 223:15-223:23 | | | |
| | 224:19-224:25 | | | |
| | 225:10-225:15 | | | |
| | 225:18-225:18 | | | |
| | 230:19-231:2 | | | |
| | 232:18-232:22 | | | |
| | 244:14-244:18 | | | |
| | 244:20-244:20 | | | |
| | 244:22-245:4 | | | |
| | 248:22-248:25 | | | |
| | 249:17-249:21 | | | |
| | 249:24-251:6 | | | |
| | 251:23-252:3 | | | |
| | 252:14-253:2 | | | |
| | 253:5-253:7 | | | |
| | 253:19-253:23 | | | |
| | 254:3-254:13 | | | |
| | 263:17-264:3 | | | |
| | 265:9-265:24 | | | |
| | 266:6-266:8 | | | |
| | 266:16-266:20 | | | |
| | 274:15-274:17 | | | |
| | 274:19-274:25 | | 276:11-25; 277:1-5 | |

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 277:7-278:14 | | | |
| | 278:14-278:22 | | | |
| | 278:25-278:25 | | | |
| | 281:20-282:5 | | | |
| | 282:7-282:7 | | | |
| | 284:10-284:16 | | | |
| | 284:24-284:24 | | | |
| | 285:3-285:8 | | | |
| | 285:12-285:12 | | | |
| | 285:21-285:24 | | | |
| | 286:4-286:4 | | | |
| | 303:18(starting at you)-303:25 | | | |
| | 304:22-305:6 | | | |
| | 306:2-306:13 | | | |
| | 307:17-307:20 | | | |
| | 307:24-308:7 | | | |
| | 309:8-309:17 | | | |
| | 309:24-310:2 | | 311:23-25; 313:1-10 | |
| | 316:3-316:4 | | | |
| | 316:9-316:9 | | | |
| | 316:15-316:16 | | | |
| | 317:19-317:24 | | | |
| | 318:7-318:25 | | | |
| | 320:6-320:6 | | | |
| | 320:9-320:9 | | | |
| | 321:23-322:8 | | 322:19-25; 323:1-22 | |
| | 325:11-325:13 | | | |
| | 325:16-325:18 | | | |
| | 327:12-327:14 | | | |
| | 327:19-327:19 | | 327:21-25; 328:1-16 | |

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 328:18-328:22 | | | |
| | 339:9-339:14 | | | |
| | 340:9-340:9 | | | |
| | 341:7-341:19 | | | |
| | 342:19-343:8 | | 343:9-25; 344:1-5 | |
| | 345:12-345:22 | | 345:23-25; 346:1-18 | |
| | 346:19-347:8 | | | |
| | 349:2-349:3 | | | |
| | 349:15-349:25 | | | |
| | 350:4-350:4 | | | |
| | 350:6-350:10 | | | |
| | 350:21-351:5 | | | |
| | 351:11-352:2 | | | |
| | 355:13-355:17 | | | |
| | 358:11-358:18 | | | |
| | 359:4-359:12 | | | |
| | 359:16-359:16 | | | |
| | 359:20-360:7 | | | |
| | 360:9-360:10 | | | |
| | 364:16-365:3 | | | |
| | 366:5-366:20 | | | |
| | 367:13-367:18 | | | |
| | 367:22-368:16 | | | |
| | 368:24-369:3 | | | |
| | 374:25-375:4 | | | |
| | 375:7-375:7 | | | |
| | 381:20-381:23 | | | |
| | 382:3-382:3 | | | |
| | 383:16-383:21 | | | |
| | 383:24-384:10 | | | |

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
|  | 384:24-384:24 |  |  |  |
|  | 386:11-387:7 |  |  |  |
|  | 387:10-387:19 |  |  |  |
|  | 387:21-388:5 |  |  |  |
|  | 388:8-388:8 |  |  |  |
|  |  |  |  |  |
| Daniel Hann (5/3/18) | 444:23-445:6 |  |  |  |
|  | 445:13-445:16 |  |  |  |
|  | 445:18-445:18 |  |  |  |
|  | 445:20-445:24 |  |  |  |
|  | 446:2-446:4 |  |  |  |
|  | 448:13-448:18 |  |  |  |
|  | 448:20-449:7 |  |  |  |
|  | 449:9-449:11 |  |  |  |
|  | 449:16-449:16 |  |  |  |
|  | 460:10-461:14 |  |  |  |
|  | 463:19-464:3 |  |  |  |
|  | 464:5-464:24 |  |  |  |
|  | 500:21-201:11 |  |  |  |
|  | 531:25-532:14 |  |  |  |
|  | 534:4-534:21 |  | 534:21-25; 535:1-23 |  |
|  | 536:11-536:16 |  |  |  |
|  | 536:18-537:18 |  |  |  |
|  | 539:13-539:20 |  |  |  |
|  | 540:2-540:5 |  | 540:7-25; 541; 542:1-10 |  |
|  | 542:25-543:6 |  |  |  |
|  | 543:8-543:8 |  | 543:10-25; 544; 545; 547:1-23 |  |
|  | 548:24-549:7 |  |  |  |
|  | 550:19-552:13 |  |  |  |
|  | 554:5-554:10 |  |  |  |

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 555:22-557:2 | | | |
| | 559:4-559:21 | | | |
| | 560:7-561:13 | | 561:14-25; 562:1-17 | |
| | 565:7-565:18 | | | |
| | 567:23-569:7 | | | |
| | 570:16-570:20 | | | |
| | 571:13-571:22 | | | |
| | 572:9-572:11 | | | |
| | 572:14-573:3 | | | |
| | 575:18-575:21 | | | |
| | 575:23:575:23 | | | |
| | 575:25-576:9 | | 577:9-25; 578:1-3 | |
| | 578:5-578:15 | | | |
| | 578:17-579:11 | | | |
| | 579:13-579:13 | | | |
| | 580:22-581:14 | | | |
| | 581:16-581:18 | | | |
| | 583:5-583:13 | | 583:19-25; 584:1-5 | |
| | 583:15-583:17 | | | |
| | 584:6-584:8 | | | |
| | 584:10-584:18 | | | |
| | 584:21:584:21 | | | |
| | 584:23-584:23 | | | |
| | 584:25-585:10 | | | |
| | 589:18-589:24 | | | |
| | 588:6-588:12 | | | |
| | 588:14-588:14 | | | |
| | 589:18-589:24 | | | |
| | 590:17-591:4 | | | |
| | 592:19-593:13 | | | |

9

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 593:15-593:15 | | | |
| | 597:7-597:8 | | | |
| | 597:10-597:10 | | | |
| | 597:12-597:12 | | | |
| | 599:7-599:13 | | | |
| | 601:4-601:8 | | | |
| | 601:11-601:13 | | | |
| | | | | |
| **Greg Hartman (4/27/18)** | 7:01-10:7 | | | |
| | 11:24-12:08 | | | |
| | 13:04-25 | | | |
| | 15:12-21 | | | |
| | 16:14-18:14 | | | |
| | 24:12-25:05 | | 75:6-25; 76:1-4 | |
| | 56:18-57:12 | | | |
| | 60:12-61:12 | | 61:13-25; 62:1-12 | |
| | 63:04-14 | | | |
| | 71:20-76:07 | | | |
| | 84:06-07 | | | |
| | 84:24-86:14 | | | |
| | 91:17-25 | | | |
| | 97:10-13 | | | |
| | 100:20-24 | | | |
| | 101:07-19 | | | |
| | 102:06-12 | | | |
| | 102:21-103:10 | | | |
| | 105:06-108:11 | | | |
| | 110:24-111:09 | | | |
| | 121:03-122:10 | | | |
| | 122:25-124:24 | | | |

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 126:18-25 | | | |
| | 128:10-129:11 | | | |
| | 131:15-133:04 | | | |
| | 134:08-18 | | | |
| | 146:03-147:18 | | | |
| | 148:17-149:03 | | | |
| | 154:11-24 | | | |
| | 169:08-25 | | | |
| **Stuart Kleopfer (2/12/18)** | 8:2-6 | | | |
| | 11:16-20 | | | |
| | 14:09-18 | | | |
| | 16:12-25 | | | |
| | 20:24-21:22 | | | |
| | 22:21-23:13 | | | |
| | 42:21-45:25 | | | |
| | 46:18-47:10 | | | |
| | 50:18-25 | | | |
| | 53:19-54:03 | | | |
| | 55:25-56:16 | | | |
| | 59:02-25 | | | |
| | 74:06-85:23 | | | |
| | 86:04-25 | | | |
| | 87:08-11 | | | |
| | 88:07-20 | | | |
| | 90:08-95:04 | | | |
| | 100:25-103:21 | | | |
| | 104:12-106:06 | | | |
| | 106:17-25 | | | |
| | 110:14-114:25 | | | |

11

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 115:09-17 | | | |
| | 119:03-08 | | | |
| | 120:04-11 | | | |
| | 121:09-122:24 | | | |
| | 127:06-130:09 | | | |
| | 130:14-24 | | | |
| | 132:14-133:11 | | | |
| | 135:12-138:23 | | | |
| | 153:07-155:05 | | | |
| | 169:13-171:13 | | | |
| | 173:05-175:25 | | | |
| | 179:14-191:17 | | | |
| | 192:23-193:16 | | | |
| | 194:10-25 | | | |
| | 195:21-25 | | | |
| | 197:07-22 | | | |
| | 200:12-204:25 | | | |
| | 205:19-206:10 | | | |
| | 207:22-209:05 | | | |
| | 211:24-212:14 | | 212:16-25 | |
| | 213:06-22 | | | |
| | 214:07-215:25 | | | |
| | 216:10-218:13 | | 218:14-21 | |
| | 218:22-220:02 | | | |
| | 221:19-228:05 | | | |
| | 229:05-231:12 | | | |
| | 258:25-267:25 | | | |
| | 275:15-279:08 | | | |
| | 318:07-20 | | | |
| | 319:07-325:25 | | | |

**Plaintiffs' Preliminary Affirmative Deposition Testimony Designations**

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 326:25-328:18 | | | |
| | 329:01-330:02 | | | |
| | 332:07-25 | | | |
| | 335:05-336:19 | | | |
| | | | | |
| **Tyler Mason (1/16/18)** | 6:3-20 | | | |
| | 7:18-23 | | | |
| | 8:18-10:05 | | | |
| | 12:22-13:11 | | | |
| | 13:18-15:13 | | | |
| | 17:11-13 | | | |
| | 17:23-18:15 | | | |
| | 25:08-27:08 | | | |
| | 28:19-24 | | | |
| | 29:09-30:06 | | | |
| | 30:17-22 | | 30:23-25; 31:1-12 | |
| | 31:17-33:12 | | | |
| | 37:22-38:20 | | | |
| | 42:23-50:13 | | | |
| | 51:16-25 | | | |
| | 54:09-55:04 | | | |
| | 57:14-58:10 | | | |
| | 66:10-70:13 | | | |
| | 79:04-84:06 | | | |
| | 84:21-85:15 | | | |
| | 88:15-89:20 | | | |
| | 91:13-92:25 | | | |
| | 137:1-141:25 | | | |
| | 147:24-149:3 | | | |
| | 161:17-162:08 | | | |

13

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 166:16-167:21 | | | |
| | 176:04-178:03 | | | |
| | 180:04-182:02 | | | |
| | 208:22-212:05 | | | |
| | 212:23-215:05 | | | |
| | | | | |
| **Ashley Portz, Vol. I (4/24/18)** | 5:4-18 | | | |
| | 17:13-18:18 | | | |
| | 19:10-22 | | | |
| | 20:08-12 | | | |
| | 22:12-24 | | | |
| | 29:04-25 | | | |
| | 36:08-15 | | | |
| | 39:04-24 | | | |
| | 42:02-22 | | | |
| | 43:02-06 | | | |
| | 45:02-10 | | | |
| | 49:08-23 | | | |
| | 50:02-08 | | | |
| | 51:03-52:17 | | | |
| | 53:09-17 | | | |
| | 58:22-60:25 | | | |
| | 61:03-62:10 | | 62:12-25; 63:1-6 | |
| | 70:07-71:12 | | | |
| | 72:24-74:10 | | | |
| | 77:16-23 | | | |
| | 86:06:11 | | | |
| | 86:18-22 | | | |
| | 91:17-92:25 | | | |
| | 93:19-25 | | | |

14

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 113:04-114:05 | | | |
| | 116:03-10 | | | |
| | 117:11-119:12 | | 119:13-15 | |
| | 126:04-19 | | | |
| | 131:07-132:16 | | 133:6-19 | |
| | 144:11-21 | | 144:22-25; 145:1-14 | |
| | 149:25-150:3 | | | |
| | 150:12-20 | | | |
| | 153:17-23 | | 154:13-25; 155:1-6 | |
| | 174:12-175:07 | | | |
| | 175:23-176:06 | | | |
| | 176:18-22 | | | |
| | 177:03-11 | | | |
| | 179:17-23 | | 181:17-25; 182:1-21 | |
| | 182:23-183:03 | | | |
| | 186:08-24 | | | |
| | 191:06-12 | | | |
| | 191:18-192:14 | | | |
| | 203:15-21 | | 203:23-25; 24:1-12 | |
| | 205:25-206:15 | | 206:16-25; 207:1-10 | |
| | 207:21-208:07 | | | |
| | 209:06-210:10 | | | |
| | 225:12-24 | | | |
| | 226:06-11 | | | |
| | 230:16-18 | | | |
| | 231:02-14 | | | |
| | 233:21-234:04 | | | |
| | 245:25-246:14 | | | |
| | 246:18-20 | | | |
| | 247:6-8 | | | |

15

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 250:11-18 | | 250:4-10 | |
| | | | | |
| **Ashley Portz, Vol. II (5/31/18)** | 458:12-17 | | | |
| | 458:21-459-12 | | | |
| | 460:16-25 | | | |
| | 462:7-464:24 | | 464:25; 465:1-11 | |
| | 477:6-22 | | | |
| | 478:2-479:23 | | | |
| | 484:4-485:11 | | | |
| | 486:6-23 | | | |
| | 493:4-13 | | | |
| | 498:3-12 | | 493:15-23 | |
| | 498:20-500:2 | | | |
| | 500:24-501:15 | | | |
| | 504:19-505:25 | | | |
| | 514:18-515:23 | | | |
| | 524:5-21 | | | |
| | 534:5-12 | | | |
| | 534:16-23 | | | |
| | 536:12-20 | | | |
| | 542:23-543:6 | | 543:13-25; 544:1 | |
| | | | | |
| **Jean Trippiedi (1/30/18)** | 04:19-22 | | | |
| | 05:02-07:10 | | | |
| | 08:16-09:14 | | | |
| | 18:21-21-05 | | | |
| | 24:04-25:15 | | | |
| | 31:24-33:11 | | | |
| | 36:03-12 | | | |
| | 37:08-38:22 | | | |

16

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
|  | 42:07-43:15 |  |  |  |
|  | 43:21-44:07 |  |  |  |
|  | 53:06-25 |  |  |  |
|  | 71:19-77:02 |  | 77:3-10 |  |
|  | 85:09-20 |  |  |  |
|  | 92:07-94:22 |  | 94:23-25; 95:1-5 |  |
|  | 121:06-123:05 |  |  |  |
|  | 123:16-125:13 |  | 125:14-20 |  |
|  | 126:10-128:16 |  | 128:22-24 |  |
|  | 129:03-131:20 |  |  |  |
|  |  |  |  |  |
| David Whitman (4/26/18) | 7:15 - 8:09 |  |  |  |
|  | 9:22 - 9:25 |  |  |  |
|  | 13:20 - 14:17 |  |  |  |
|  | 41:25 - 42:22 |  |  |  |
|  | 43:03 - 43:24 |  | 44:11-25; 45:1-5 |  |
|  | 55:10 - 56:20 |  |  |  |
|  | 57:23 - 60:06 |  |  |  |
|  | 63:20 - 68:07 |  |  |  |
|  | 69:23 - 79:22 |  |  |  |
|  | 81:23 - 86:03 |  |  |  |
|  | 86:16 - 87:23 |  |  |  |
|  | 88:18 - 90:05 |  |  |  |
|  | 92:24 - 99:17 |  |  |  |
|  | 99:22 - 106:25 |  |  |  |
|  | 130:19 - 133:15 |  |  |  |
|  | 137:07 - 139:15 |  |  |  |
|  |  |  |  |  |
| Shane Zeringue (4/9/18) | 07:10-09:03 |  |  |  |
|  | 09:09-11:11 |  |  |  |

17

| Deponent | Plaintiffs' Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiffs' Objections and Counter to Defendants' Counter-Designations |
|---|---|---|---|---|
| | 15:10-17:05 | | | |
| | 17:25-18:10 | | | |
| | 20:15-21:23 | | | |
| | 22-01-25:03 | | | |
| | 30:21-25 | | | |
| | 45:01-46:03 | | | |
| | 46:18-48:03 | | | |
| | 48:18-21 | | | |
| | 58:21-65:25 | | | |
| | 67:01-22 | | | |
| | 68:10-19 | | | |
| | 72:12-74:03 | | | |
| | 83:11-25 | | | |
| | 84:06-85:22 | | | |
| | 86:11-88:05 | | | |
| | 92:03-09 | | 92:10-25; 93:1-18 | |
| | 98:03-15 | | | |
| | 104:06-107:18 | | | |
| | 107:24-108:04 | | | |
| | 117:23-118:19 | | 118:20-25 | |
| | 120:15-121:21 | | | |
| | 122:15-125:25 | | | |
| | 126:12-127:04 | | | |
| | 127:25-128:15 | | | |
| | 130:01-133:02 | | | |

18