UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Charles Hess, Marty Higgins, Robert "Glen" McCormick, Ronald Papa, Frank Shera, and Al Tornquist<br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Biomet, Inc. and Zimmer Biomet Holdings, Inc.,<br>　　　　　　　　Defendants. | Civil Action No. 3:16-CV-208 |

**PLAINTIFFS' REPLY IN SUPPORT OF THEIR DEPOSITION DESIGNATIONS AND OBJECTIONS TO DEFENDANTS' COUNTER-DESIGNATIONS**

Pursuant to the Court's Scheduling, Pretrial Conference, and Trial Order (Dkt. No. 214) Plaintiffs provide this reply to the objections and counter-designations to Plaintiffs' deposition designations (Dkt. Nos. 250, 250-1).

Defendants submitted no objection to Plaintiffs' designations. *See* Dkt. No. 250-1. Accordingly, Plaintiffs submit no reply in support of its designation of deposition testimony that it may offer at trial.

However, Defendants submitted a number of counter-designations. *Id.* Plaintiffs' objections to said counter-designations are attached as Exhibit 1, filed contemporaneously with this reply.

1

Dated: August 14, 2019

Respectfully submitted,

*/s/ Gary Cruciani*

Gary Cruciani (pro hac vice)
Travis E. DeArman (*pro hac vice*)
Jonathan Powers (*pro hac vice*)
MCKOOL SMITH
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000
gcruciani@mckoolsmith.com
tdearman@mckoolsmith.com
jpowers@mckoolsmith.com

Joseph R. Fullenkamp
Barnes & Thornburg LLP
700 1st Source Bank Center
100 North Michigan Street
South Bend, IN  46601-1632
Telephone:  (574) 233-1171
joe.fullenkamp@btlaw.com

Alice J. Springer
Barnes & Thornburg LLP
52700 Independence Court, Suite 150
Elkhart, IN 46514
Telephone: (574) 233-1171
alice.springer@btlaw.com

*Attorneys for Plaintiffs
Charles Hess, Marty Higgins,
Robert "Glen" McCormick,
Ronald Papa, Frank Shera, and
Al Tornquist*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served through email/ECF system and/or by the United States Mail, first class postage prepaid, addressed to the following parties, this 14th day of August, 2019:

Joshua B. Fleming
Elizabeth Trachtmann
Daniel M. Janssen
Quarles & Brady LLP
135 N. Pennsylvania St., Suite 2400
Indianapolis, IN 46204

*/s/ Jonathan Powers*
Jonathan Powers